```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMAL MALIK TOWNSEND,                        :     19-cv-10944 (LAK) (RWL)
                                             :
                    Plaintiff,               :     **ORDER**
                                             :
         - against -                         :
                                             :
CITY OF NEW YORK, et al.                     :
                                             :
                    Defendants.              :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The parties' request for a ninety day stay of the instant matter is denied. However, the deadline for Defendants to Answer, along with any other set deadlines in this matter, are extended by ninety days.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: March 19, 2020
       New York, New York