ALEXIS G. PADILLA
Attorney at Law
378 Lewis Avenue #6
Brooklyn, NY 11233
Tel. 917 238 2993
alexpadilla722@gmail.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED 6-27-22

June 27, 2022

**BY ELECTRONIC FILING**
Hon. District Judge Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **Townsend v. City of New York, et al.**
              19-cv-10944-LAK

Your Honor:

    My office represents the plaintiff, Jamarl Townsend, in the above-referenced matter. I write on behalf of the parties to respectfully request an extension of time to file the Proposed Joint Pre-Trial Order which is currently due by July 5, 2022. The parties are requesting a 30-day extension of time to file, which would bring the due date for the Proposed JPTO to Friday, August 5, 2022. This is the first request for an extension of time to file this document. The parties thank the Court in advance for its time and attention to this matter.

                        Respectfully submitted,

                        /s/

                        *Alexis Padilla, Esq.*
                        *Attorney for Plaintiff*

Cc:    **BY ECF**
        Inna Shapovalova, Esq.
        New York City Law Dept.
        Attorneys for Defendants

SO ORDERED Granted
LEWIS A. KAPLAN, USDJ
6/27/22