```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
JAMARL MALIK TOWNSEND,
                Plaintiffs,

        -against-                        19-cv-10944 (LAK)


POLICE OFFICER U.C.349,
                Defendants.
- - - - - - - - - - - - - - - - - x
```

Trial Order

This case is on the Court's ready trial calendar. You must be ready to proceed on 24 hours notice. **The Court currently expects to reach this case on 1/24/23** but you must be ready to proceed either earlier or later than that date. The Court Clerk, Andrew Mohan, will give counsel as much notice as possible and keep them advised of the progress of the calendar.

You are instructed to take the following steps in connection with the trial.

1. At the commencement of trial, a complete set of documentary exhibits should be handed to the Judge for his use during the trial, and a list of all exhibits should be supplied to the Court Clerk and to the Judge, with all exhibits numbered in uniformity with the pretrial order. Counsel should also have for the Judge copies of any depositions which are to be read in a jury case.

2. Counsel are expected to have all necessary witnesses on hand to commence and continue trial. The court cannot commit itself to wait for witnesses. THE FAILURE TO HAVE A WITNESS READY TO PROCEED MAY RESULT IN THE PARTY RESTING ITS CASE.

3. PRIOR TO THE TRIAL, ALL EXHIBITS MUST BE PRE-MARKED AND EXCHANGED BETWEEN COUNSEL.

4, Lastly, counsel will schedule an appointment with the courtroom deputy in order to familiarize themselves with the electronic courtroom evidence presentation system in courtroom 21B.

Dated:    December 12, 2022

                                        _____
                                               Lewis A. Kaplan
                                        United States District Judge