```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-27-2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JAMARL MALIK TOWNSEND,

                Plaintiff,

-against-                                                           19-cv-10944 (LAK) (RWL)

CITY OF NEW YORK and ELIZABETH CASH,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The caption is hereby amended as set forth above in view of the fact that Police Officer U.C. 349 has been identified as Elizabeth Cash.

       SO ORDERED.

Dated:      January 27, 2023

                                                  Lewis A. Kaplan
                                       United States District Judge