UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JAMARL MALIK TOWNSEND,
                Plaintiff,

19 CIVIL 10944 (LAK)(RWL)

-against-

JUDGMENT

CITY OF NEW YORK and ELIZABETH CASH,
                Defendants.
-----------------------------------------------------------X

It is hereby ORDERED, ADJUDGED AND DECREED: That the case previously having been dismissed with respect to the *Monell* and *respondeat superior* claims against defendant City of New York, after a Jury Trial before the Honorable Lewis A. Kaplan, United States District Judge, the jury having returned a verdict in favor of defendant Elizabeth Cash, and the Complaint is hereby dismissed with prejudice. The case is closed.

DATED: New York, New York
             January    , 2023

RUBY J. KRAJICK
Clerk of Court

So Ordered:

BY:

U.S.D.J.

Deputy Clerk